**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

HILARIO CARPIO
          Petitioner

                                        CIVIL ACTION
          v.                            NO.   04-10183-JLT

UNITED STATES OF AMERICA
          Respondent

# O R D E R

DEIN, U.S.M.J.

          Pursuant to Rule 4(b) of the Rules Governing Section 2255 cases, the Clerk

of this Court is hereby ordered to serve a copy of the Motion to Vacate, Set Aside,

or Correct Sentence by a Person in Federal Custody upon the office of the United

States Attorney.

          It is further ordered that the Respondent shall, within 20 days of receipt of this

Order, file an answer (or other responsive pleading) to the Motion to Vacate, Set

Aside or Correct Sentence.

April 2, 2004                           / s / Judith Gail Dein
Date                                    United States Magistrate Judge