# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

__Hilario Carpio__
    **Petitioner**

    **V.**

__United States of America__
    **Respondent**

**CIVIL ACTION**

**NO.**  __04-cv-10183  JLT__

## JUDGMENT

__Tauro,   D. J.__

In accordance with the Court's Endorsement dated __June 6, 2006,__ adopting the Magistrate Judge's Report and Recommendation of __May 19, 2006__, denying the petitioner's Motion to Vacate Sentence, it is hereby ORDERED:

Judgment for the __Respondent__ .

By the Court,

__June 6, 2006__  
    Date

__/s/ Kimberly M. Abaid__  
    Deputy Clerk

(R&R Judgment.wpd - 12/98)